IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON

15-1031

VS.

ROBERT D. GILMORE

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, HENRY UNSELD WASHINGTON, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: 0

2. If you received within the past twelve months any money form any source, explain, and state The amount: 0

3. State the amount of money you have in a checking, savings, or prison account: 0

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own: N/A

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support: 0

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS 8-14-15 DAY OF August, 2015.

Henry Unseld Washington
Plaintiff's signature

## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the sum of $-649.19 on account at SCI-Somerset.
   (Name of prison)

   __X__ Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period or _____
   (Indicate period covered by Account)

   _____ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income):
   None held in our care.

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true: _____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Signed this __19th__ day of __August__, 20__15__.

__Delores Chaney - Accountant__
Signature and Title of Records Officer of Prison

## ORDER

Motion for leave to proceed in forma pauperis is _____.

Date: _____

_____
United States Magistrate Judge



| | Integrated Offender Case Management System | 8/17/2015 12:28:30 PM |
|---|---|---|
| | **Monthly Account Statement - Individual** | |
| | From Date: 08/01/2014    To Date: 08/17/2015 | |

| Location | Case ID | Offender Name | Institution | |
|---|---|---|---|---|
| A-A-2051-01 | AM3086 | WASHINGTON,HENRY | Somerset | |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| GRN-021727 | 08/01/2014 | 37 - Postage | -0.48 | -584.72 |
| GRN-021770 | 08/06/2014 | 36 - Library Copies | -1.60 | -586.32 |
| GRN-021795 | 08/11/2014 | 37 - Postage | -0.69 | -587.01 |
| GRN-021795 | 08/11/2014 | 37 - Postage | -1.40 | -588.41 |
| GRN-021804 | 08/12/2014 | 36 - Library Copies (LIBRARY COPIES) | -1.40 | -589.81 |
| GRN-021879 | 08/20/2014 | 36 - Library Copies (LIBRARY COPIES) | -0.10 | -589.91 |
| GRN-021953 | 08/28/2014 | 37 - Postage | -0.48 | -590.39 |
| GRN-021953 | 08/28/2014 | 37 - Postage | -0.48 | -590.87 |
| GRN-021953 | 08/28/2014 | 37 - Postage | -0.48 | -591.35 |
| GRN-021977 | 09/02/2014 | 37 - Postage (CHARLES DETAR) | -0.48 | -591.83 |
| GRN-021977 | 09/02/2014 | 37 - Postage (OFC OF CLERK) | -5.44 | -597.27 |
| GRN-021986 | 09/03/2014 | 36 - Library Copies (LIBRARY COPIES) | -2.40 | -599.67 |
| GRN-022114 | 09/15/2014 | 37 - Postage (OFC OF THE CLERK) | -0.48 | -600.15 |
| GRN-022114 | 09/15/2014 | 37 - Postage | -0.48 | -600.63 |
| GRN-022147 | 09/18/2014 | 37 - Postage (KENT STATE UNIVERSITY) | -0.48 | -601.11 |
| GRN-022172 | 09/22/2014 | 41 - Medical Co-Pay (SICK CALL) | -5.00 | -606.11 |
| GRN-022198 | 09/24/2014 | 37 - Postage (Charles Tinsley, Esq) | -0.48 | -606.59 |
| GRN-022204 | 09/25/2014 | 37 - Postage (YOSEF BEN JOCHANNAN) | -0.48 | -607.07 |
| GRN-022204 | 09/25/2014 | 37 - Postage (HUNTER COLLEGE) | -0.48 | -607.55 |
| GRN-022204 | 09/25/2014 | 37 - Postage (FREEDOM 46 PROJECT) | -0.48 | -608.03 |
| GRN-022204 | 09/25/2014 | 37 - Postage (LEGRAND CLEGG, ESQ) | -0.48 | -608.51 |
| GRN-022216 | 09/26/2014 | 37 - Postage (ADDRESS THIS) | -0.48 | -608.99 |
| GRN-022252 | 10/01/2014 | 37 - Postage (FORD FOUNDATION) | -0.48 | -609.47 |
| GRN-022263 | 10/02/2014 | 37 - Postage (KIMBERLY VERONICA PRICE ESQUIRE) | -0.48 | -609.95 |
| GRN-022263 | 10/02/2014 | 37 - Postage (HENRY TROY, ESQUIRE) | -0.48 | -610.43 |
| GRN-022434 | 10/21/2014 | 36 - Library Copies (LIBRARY COPIES) | -0.50 | -610.93 |
| GRN-022469 | 10/24/2014 | 37 - Postage (OFC OF SEC OF GRIEVANCE/APPEALS) | -0.48 | -611.41 |
| GRN-022498 | 10/29/2014 | 41 - Medical Co-Pay (SICK CALL) | -5.00 | -616.41 |
| GRN-022503 | 10/30/2014 | 37 - Postage (AUSAR AUSET SOCIETY) | -0.48 | -616.89 |
| GRN-022503 | 10/30/2014 | 37 - Postage (AUSAR AUSET SOCIETY) | -0.48 | -617.37 |
| GRN-022503 | 10/30/2014 | 37 - Postage (PATRICK AUGUSTIN) | -0.48 | -617.85 |
| GRN-022503 | 10/30/2014 | 37 - Postage (AKOBEN HOUSE) | -0.48 | -618.33 |
| GRN-022504 | 10/30/2014 | 36 - Library Copies (LIBRARY COPIES) | -6.90 | -625.23 |
| GRN-022538 | 11/04/2014 | 36 - Library Copies (LIBRARY COPIES) | -3.60 | -628.83 |
| GRN-022537 | 11/04/2014 | 37 - Postage (OHIO UNIVERSITY) | -0.48 | -629.31 |

**Certified Copy**



| | Integrated Offender Case Management System | 8/17/2015 12:28:30 PM |
|---|---|---|

## Monthly Account Statement - Individual

From Date: 08/01/2014    To Date: 08/17/2015

| Location | Case ID | Offender Name | Institution |
|---|---|---|---|
| A-A-2051-01 | AM3086 | WASHINGTON,HENRY | Somerset |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| GRN-022537 | 11/04/2014 | 37 - Postage (AUSAR AUSET SOCIETY) | -0.48 | -629.79 |
| GRN-022537 | 11/04/2014 | 37 - Postage (WESLEY UNION) | -0.48 | -630.27 |
| GRN-022537 | 11/04/2014 | 37 - Postage (ADOM INC) | -0.48 | -630.75 |
| GRN-022731 | 11/25/2014 | 36 - Library Copies (LIBRARY COPIES) | -4.30 | -635.05 |
| GRN-022755 | 12/01/2014 | 37 - Postage | -7.25 | -642.30 |
| GRN-022755 | 12/01/2014 | 37 - Postage | -0.48 | -642.78 |
| GRN-022755 | 12/01/2014 | 37 - Postage | -0.48 | -643.26 |
| GRN-022755 | 12/01/2014 | 37 - Postage | -0.48 | -643.74 |
| GRN-022755 | 12/01/2014 | 37 - Postage | -0.48 | -644.22 |
| GRN-022755 | 12/01/2014 | 37 - Postage | -0.48 | -644.70 |
| GRN-022755 | 12/01/2014 | 37 - Postage | -0.48 | -645.18 |
| GRN-022918 | 12/17/2014 | 37 - Postage | -0.48 | -645.66 |
| GRN-022996 | 12/29/2014 | 37 - Postage | -0.48 | -646.14 |
| GRN-023015 | 12/31/2014 | 37 - Postage | -0.48 | -646.62 |
| GRN-023038 | 01/05/2015 | 37 - Postage (AUSAAR AUSET SOCIETY) | -0.48 | -647.10 |
| GRN-023038 | 01/05/2015 | 37 - Postage (MINISTER TALU) | -0.48 | -647.58 |
| GRN-023054 | 01/06/2015 | 36 - Library Copies (LIBRARY COPIES) | -1.60 | -649.18 |
| GRN-023103 | 01/12/2015 | 37 - Postage | -4.79 | -653.97 |
| GRN-023117 | 01/13/2015 | 37 - Postage (NATIONAL ENDOWMENT FOR HUMANITIES) | -0.48 | -654.45 |
| GRN-023117 | 01/13/2015 | 37 - Postage (PAN AFRICAN ASSN OF AMERICA) | -0.48 | -654.93 |
| GRN-023160 | 01/20/2015 | 37 - Postage | -0.48 | -655.41 |
| GRN-023160 | 01/20/2015 | 37 - Postage | -0.48 | -655.89 |
| GRN-023160 | 01/20/2015 | 37 - Postage | -0.48 | -656.37 |
| GRN-023165 | 01/21/2015 | 37 - Postage (ALEPH INSTITUTE) | -0.48 | -656.85 |
| GRN-023165 | 01/21/2015 | 37 - Postage (NATL ARCHIVES/RECORDS ADMIN) | -0.48 | -657.33 |
| GRN-023165 | 01/21/2015 | 37 - Postage (GLENDA MITCHELL) | -0.48 | -657.81 |
| GRN-023165 | 01/21/2015 | 37 - Postage (BETTY LESTER) | -0.48 | -658.29 |
| GRN-023204 | 01/26/2015 | 37 - Postage | -0.48 | -658.77 |
| GRN-023204 | 01/26/2015 | 37 - Postage | -0.48 | -659.25 |
| GRN-023204 | 01/26/2015 | 37 - Postage | -0.48 | -659.73 |
| GRN-023209 | 01/27/2015 | 37 - Postage (AUSAR AUSET SOCIETY) | -0.48 | -660.21 |
| GRN-023209 | 01/27/2015 | 37 - Postage (AUSAR AUSET SOCIETY) | -0.48 | -660.69 |
| GRN-023247 | 02/02/2015 | 37 - Postage (LADY HAWKE) | -0.48 | -661.17 |
| GRN-023247 | 02/02/2015 | 37 - Postage (EASTERN BAND OF CHEROKEE INDIANS) | -0.48 | -661.65 |
| GRN-023247 | 02/02/2015 | 37 - Postage (MATTHEW MEYER) | -0.48 | -662.13 |
| GRN-023247 | 02/02/2015 | 37 - Postage (JOHN JAY COLLEGE CRIMINAL JUSTICE) | -0.48 | -662.61 |

**Certified Copy**



| | Integrated Offender Case Management System | 8/17/2015 12:28:30 PM |
|---|---|---|
| | **Monthly Account Statement - Individual** | |
| | From Date: 08/01/2014    To Date: 08/17/2015 | |

| Location | Case ID | Offender Name | Institution | |
|---|---|---|---|---|
| A-A-2051-01 | AM3086 | WASHINGTON,HENRY | Somerset | |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| GRN-023247 | 02/02/2015 | 37 - Postage  (JOHN JAY COLLEGE CRIMINAL JUSTICE) | -0.48 | -663.09 |
| GRN-023247 | 02/02/2015 | 37 - Postage  (RENE VALDEZ) | -0.48 | -663.57 |
| GRN-023247 | 02/02/2015 | 37 - Postage  (JOHN JAY COLLEGE CRIMINAL JUSTICE) | -0.48 | -664.05 |
| GRN-023278 | 02/04/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +6.50 | -657.55 |
| GRN-023375 | 02/18/2015 | 37 - Postage | -0.48 | -658.03 |
| GRN-023375 | 02/18/2015 | 37 - Postage  (NATIONAL ENDOWMENT) | -0.48 | -658.51 |
| GRN-023375 | 02/18/2015 | 37 - Postage  (AMERICAN FRIENDS SERVICE CMTE) | -0.48 | -658.99 |
| GRN-023375 | 02/18/2015 | 37 - Postage  (ASSN STUDY OF AFRICAN LIFE/HISTORY) | -0.48 | -659.47 |
| GRN-023425 | 02/25/2015 | 36 - Library Copies (LIBRARY COPIES) | -4.70 | -664.17 |
| GRN-023470 | 03/02/2015 | 37 - Postage | -0.48 | -664.65 |
| GRN-023470 | 03/02/2015 | 37 - Postage | -0.48 | -665.13 |
| GRN-023518 | 03/06/2015 | 37 - Postage  (ADDRESS THIS) | -0.48 | -665.61 |
| GRN-023523 | 03/06/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +9.50 | -656.11 |
| GRN-023532 | 03/09/2015 | 37 - Postage | -0.48 | -656.59 |
| GRN-023584 | 03/16/2015 | 37 - Postage  (KIMBERLY PRICE, ESQUIRE) | -0.69 | -657.28 |
| GRN-023607 | 03/18/2015 | 37 - Postage  (WILLIE RATCLIFF) | -0.48 | -657.76 |
| GRN-023662 | 03/24/2015 | 36 - Library Copies (LIBRARY COPIES) | -6.80 | -664.56 |
| GRN-023713 | 03/30/2015 | 37 - Postage | -0.48 | -665.04 |
| GRN-023713 | 03/30/2015 | 37 - Postage | -0.48 | -665.52 |
| GRN-023722 | 03/31/2015 | 37 - Postage | -0.48 | -666.00 |
| GRN-023766 | 04/02/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +11.00 | -655.00 |
| GRN-023788 | 04/06/2015 | 37 - Postage | -0.48 | -655.48 |
| GRN-023831 | 04/09/2015 | 37 - Postage | -0.48 | -655.96 |
| GRN-023847 | 04/10/2015 | 41 - Medical Co-Pay | -5.00 | -660.96 |
| GRN-023857 | 04/13/2015 | 37 - Postage | -0.48 | -661.44 |
| GRN-023857 | 04/13/2015 | 37 - Postage | -0.48 | -661.92 |
| GRN-023945 | 04/23/2015 | 36 - Library Copies (LIBRARY COPIES) | -1.00 | -662.92 |
| GRN-023970 | 04/27/2015 | 37 - Postage | -0.48 | -663.40 |
| GRN-023970 | 04/27/2015 | 37 - Postage | -0.48 | -663.88 |
| GRN-023975 | 04/28/2015 | 36 - Library Copies (LIBRARY COPIES) | -6.00 | -669.88 |
| GRN-023990 | 04/29/2015 | 37 - Postage | -0.48 | -670.36 |
| GRN-023990 | 04/29/2015 | 37 - Postage | -0.48 | -670.84 |
| GRN-023990 | 04/29/2015 | 37 - Postage | -0.48 | -671.32 |
| GRN-023990 | 04/29/2015 | 37 - Postage | -0.48 | -671.80 |
| GRN-023990 | 04/29/2015 | 37 - Postage | -0.48 | -672.28 |
| GRN-023990 | 04/29/2015 | 37 - Postage | -0.48 | -672.76 |

**Certified Copy**



**Integrated Offender Case Management System**  8/17/2015 12:28:30 PM

## Monthly Account Statement - Individual

From Date: 08/01/2014    To Date: 08/17/2015

| Location | Case ID | Offender Name | Institution |
|---|---|---|---|
| A-A-2051-01 | AM3086 | WASHINGTON,HENRY | Somerset |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| GRN-024002 | 04/30/2015 | 37 - Postage | -0.48 | -673.24 |
| GRN-024002 | 04/30/2015 | 37 - Postage | -0.48 | -673.72 |
| GRN-024002 | 04/30/2015 | 37 - Postage | -0.48 | -674.20 |
| GRN-024002 | 04/30/2015 | 37 - Postage | -0.48 | -674.68 |
| GRN-024002 | 04/30/2015 | 37 - Postage | -0.48 | -675.16 |
| GRN-024002 | 04/30/2015 | 37 - Postage | -0.48 | -675.64 |
| GRN-024002 | 04/30/2015 | 37 - Postage | -0.48 | -676.12 |
| GRN-024014 | 05/01/2015 | 37 - Postage | -0.48 | -676.60 |
| GRN-024027 | 05/04/2015 | 37 - Postage (UNIV OF PITTSBURGH) | -0.48 | -677.08 |
| GRN-024027 | 05/04/2015 | 37 - Postage (HONORABLE H TERRY GRIMES) | -0.48 | -677.56 |
| GRN-024038 | 05/05/2015 | 36 - Library Copies (LIBRARY COPIES) | -0.60 | -678.16 |
| GRN-024046 | 05/05/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +11.00 | -667.16 |
| GRN-024138 | 05/18/2015 | 37 - Postage | -0.48 | -667.64 |
| GRN-024165 | 05/20/2015 | 36 - Library Copies (LIBRARY COPIES) | -0.10 | -667.74 |
| GRN-024225 | 05/28/2015 | 36 - Library Copies (LIBRARY COPIES) | -2.60 | -670.34 |
| GRN-024238 | 05/29/2015 | 37 - Postage | -0.48 | -670.82 |
| GRN-024238 | 05/29/2015 | 37 - Postage | -0.48 | -671.30 |
| GRN-024238 | 05/29/2015 | 37 - Postage | -0.48 | -671.78 |
| GRN-024238 | 05/29/2015 | 37 - Postage | -0.69 | -672.47 |
| GRN-024276 | 06/03/2015 | 37 - Postage (PA) | -0.70 | -673.17 |
| GRN-024280 | 06/03/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +10.00 | -663.17 |
| GRN-024316 | 06/09/2015 | 36 - Library Copies (LIBRARY COPIES) | -0.40 | -663.57 |
| GRN-024315 | 06/09/2015 | 37 - Postage | -0.48 | -664.05 |
| GRN-024315 | 06/09/2015 | 37 - Postage | -0.48 | -664.53 |
| GRN-024326 | 06/10/2015 | 37 - Postage (ACLU NATL PRISON PROJECT) | -0.48 | -665.01 |
| GRN-024346 | 06/12/2015 | 37 - Postage (CHIEF HEARING EXAMINERS OFC) | -0.48 | -665.49 |
| GRN-024346 | 06/12/2015 | 37 - Postage (CHIEF SEC OFC OF INMATE GRIEVANCES) | -0.70 | -666.19 |
| GRN-024359 | 06/15/2015 | 37 - Postage | -0.48 | -666.67 |
| GRN-024414 | 06/22/2015 | 37 - Postage | -0.48 | -667.15 |
| GRN-024442 | 06/24/2015 | 41 - Medical-CoPay (Medical fee refund 4/9/15) | +5.00 | -662.15 |
| GRN-024445 | 06/24/2015 | 37 - Postage | -0.48 | -662.63 |
| GRN-024472 | 06/29/2015 | 37 - Postage | -0.48 | -663.11 |
| GRN-024488 | 07/01/2015 | 37 - Postage (SEC OFC OF INMATE GRIEVANCES) | -1.42 | -664.53 |
| GRN-024539 | 07/08/2015 | 37 - Postage | -0.70 | -665.23 |
| GRN-024544 | 07/08/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +11.00 | -654.23 |
| GRN-024563 | 07/10/2015 | 37 - Postage | -0.48 | -654.71 |

**Certified Copy**



| Integrated Offender Case Management System | | 8/17/2015 12:28:30 PM |
|---|---|---|

## Monthly Account Statement - Individual

From Date: 08/01/2014    To Date: 08/17/2015

| Location | Case ID | Offender Name | Institution |
|---|---|---|---|
| A-A-2051-01 | AM3086 | WASHINGTON,HENRY | Somerset |

| Batch# | Txn Date | Txn Description | Txn Amount($) | Balance After Transaction($) |
|---|---|---|---|---|
| GRN-024574 | 07/13/2015 | 37 - Postage | -0.48 | -655.19 |
| GRN-024574 | 07/13/2015 | 37 - Postage | -0.48 | -655.67 |
| GRN-024574 | 07/13/2015 | 37 - Postage | -0.48 | -656.15 |
| GRN-024574 | 07/13/2015 | 37 - Postage | -0.48 | -656.63 |
| GRN-024607 | 07/15/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +4.50 | -652.13 |
|  | 07/20/2015 | Transfer Out (Greene) |  | -652.13 |
|  | 07/20/2015 | Transfer In (Somerset) |  | -652.13 |
| SMR-026935 | 07/20/2015 | 41 - Medical Co-Pay  (MEDICAL COPAY: 7/16/15) | -5.00 | -657.13 |
| SMR-027065 | 08/03/2015 | 10 - Maintenance Payroll (GRP 1 - 1st - End of Month) | +9.36 | -647.77 |
| SMR-027083 | 08/04/2015 | 37 - Postage  (First Class Mail) | -1.42 | -649.19 |

Current, Escrow, & Available Balances are as of 8/17/2015 12:28:30 PM

| Current Balance | -649.19 |
|---|---|
| Escrow Balance | 0.00 |
| Available Balance | -649.19 |

## Certified Copy