IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON, Plaintiff,

v.

ROBERT D. GILMORE, Defendant.

Civil Action No. 2:15-01031

**RECEIVED**
AUG 24 2015
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## AUTHORIZATION
## TO BE COMPLETED BY PRISONER
## WHO SEEKS LEAVE TO PROCEED IN FORMA PAUPERIS

I, HENRY UNSELD WASHINGTON (name), hereby authorize the custodian of my inmate account, upon order of a judge of the United States District Court of the Western District of Pennsylvania, to

(1) withdraw from my account and pay to the Clerk, United States District Court for the Western District of Pennsylvania, the initial partial filing fee (20% of the greater of the average monthly deposits to my account for the past six months, or the average monthly balance in my account for the past six months) and

(2) if there remains any unpaid fee due and owing to the court, thereafter to set aside and accrue/freeze on a monthly basis twenty percent (20%) of the preceding month's deposits credited to my account and

(3) each time the amount in my account exceeds $10.00 to forward to the Clerk the amounts accrued/frozen until the filing fee in the amount of $350 has been paid in full.

_Henry Unseld Washington_  
PLAINTIFF'S SIGNATURE

8-14-15  
DATE