IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| HENRY UNSELD WASHINGTON, Plaintiff, | ) ) ) | |
|---|---|---|
| v | ) ) | 2:15-cv-1031 |
| ROBERT D. GILMORE, MS. TRACY SHAWLEY, LT. S.P. DURCO, P.E. BARKEFELT, ALAN MORRIS, LT. WILLIAMS, SGT. CRABLE, J.M. SMITH, ROBERT NIELSON, T.S. OSWALD, MR. COMER, T.I. BENNETT, ROBERT HENDRICKS, OFFICER CODDY, OFFICER HEGETER, D. FARRIER, M. STUMP, OFFICER MS. TAIT, J.D. SUHAN, IRMA VIHLIDAL, BYUNGHAK JIN, DOCTOR M. PARK, DOCTOR P. DASCANI, MARY COMER, MS. E. MATTES, MS. ELON MWAURA, OFFICER DENNISON, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

## **MEMORANDUM ORDER**

Now pending before the Court is a MOTION IN OBJECTION TO MAGISTRATE JUDGE DECISION TO DENY PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; PURSUANT TO L.R. 72 (ECF No. 14) filed by Plaintiff Henry Unseld Washington pro se. Mr. Washington also filed an extensive brief in support of his motion.

On November 16, 2015, Chief Magistrate Judge Lisa P. Lenihan issued a six-page Memorandum Order (ECF No. 13) which denied Plaintiff's MOTION FOR APPOINTMENT OF COUNSEL (ECF No. 10). Because the Defendants have not yet been served, there has been no response to the motion or Objections and they are ripe for disposition. The Court's standard of review is de novo.

Magistrate Judge Lenihan articulated compelling reasons for denying appointment of counsel to Mr. Washington at this early stage of the case. Of particular note, in a prior case the Court attempted to arrange legal representation for Mr. Washington by law students, but he was not receptive to their efforts. Moreover, Magistrate Judge Lenihan assured Mr. Washington that she would re-consider his request for appointment of counsel if it appeared that any of his claims merited a jury trial.

The Court fully agrees with the reasoning of Magistrate Judge Lenihan. Plaintiff's MOTION IN OBJECTION TO MAGISTRATE JUDGE DECISION TO DENY PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL; PURSUANT TO L.R. 72 (ECF No. 14) is **DENIED.** Plaintiff's MOTION FOR APPOINTMENT OF COUNSEL (ECF No. 10) is **DENIED**. IT IS FURTHER ORDERED that Magistrate Judge Lenihan's Memorandum Order dated November 16, 2015 (ECF No. 13), is **ADOPTED** as the opinion of the Court.

SO ORDERED this 15th day of March, 2016.

BY THE COURT:

s/Terrence F. McVerry
Senior United States District Judge

cc: **HENRY UNSELD WASHINGTON**
AM-3086
S.C.I. Somerset
1600 Walters Mill Rd
Somerset, PA 15510