IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON, PLAINTIFF
V.
ROBERT D. GILMORE, Defendants et al.

CIVIL ACTION NO. 2:15-CV-1031

DECLARATION OF HENRY UNSELD WASHINGTON

HENRY UNSELD WASHINGTON HEREBY DECLARES:

1. I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THE ABOVE CAPTIONED, CURRENTLY HOUSED AT THE STATE CORRECTIONAL INSTITUTION AT SCI-SOMERSET

2. ON OR NEAR THE LAST WEEK OF JULY 1997, SCI-GREENE DOC STAFF USED 3-FOOT BATON TO VICIOUSLY BEAT ME DOWN TO THE GROUND, PRESSED STICK ACROSS MY THROAT; FORCEFULLY INSERTED THE END OF A RIOT STICK INTO MY RECTUM, DENIED MEDICAL CARE FOR STAIGHT DAYS, IN A FREEZING COLD CELL WHILE BLEEDING FROM THE MOUTH-N-RECTUM

3. IN MY NEVER ENDING ATTEMPT TO OBTAIN MEDICAL CARE, AND JUSTICE FOR THE FOREMENTIONED ABUSE I BEGAN, CONTINUING TO DATE! MAILING LETTERS TO PEOPLE OF INFLUENCE, e.g. POPE JOHN PAUL, MOTHER TERESA, WINNIE-N-NELSON MANDELA, BILL-N-HILLARY CLINTON, GEORGE W. BUSH, MICHELLE-N-BARACK OBAMA, PA. GOVERNOR-U.S. SENATOR-CONGRESSMEN-STATE SENATOR-N-LEGISLATOR, BLACK ELECTED OFFICIAL-N-PUBLIC FIGURES, BLACK SPORTS FIGURES

4. I ALSO CONTACTED JANET RENO, ERIC HOLDER, NUMEROUS FAMOUS LAWYERS e.g. JOHNNIE COCHRAN, JEFFREY FIEGER, ROY BLACK, WILLIAM KUNSTER, RON KUBY COUNTLESS LOCAL ATTORNEYS

THIS CAUSED DOC COMMISSIONER, i.e. MARTIN HORN, JEFFERY BEARD, JOHN WHETZEL AND ALL DOC STAFF, CENTRAL OFFICE, MEDICAL PROFESSIONALS, COUNSELORS, UNITMANAGERS, TO RETALIATE AGAINST ME, IN THE MOST VICIOUS WAY (THIS INCLUDES THE MAIL INSPECTOR SUPERVISOR) STILL ON GOING TO

AMENDED COMPLAINT APPENDAGE          ①          2:15-CV-1031

DATE!

5. ON OR NEAR 8.10.09, FOR THE SECOND TIME PLAINTIFF WAS TRANSFERRED INTO SCI-GREENE, WITH AN ASSIGNED CELL IN THE RHU. WHAT FOLLOWED WAS A REIGN OF HIDEOUS "SEXUAL-N-PHYSICAL" ASSAULTS, AND "SEX HARASSED" BY DOCTORS: BYUNGHAK JIN, P. DASCANI, J.D. SUHAN, R. NELSON, T.S. OSWALD, D. FARRIER, M. STUMP, J.M. SMITH

6. DEFENDANTS, R. GILMORE, MS. TRACY SHAWLEY, S.P. DURCO, P.E. BARKEFELT, A.J. MORRIS, C. WILLIAMS, G. CRABLE, J.M. SMITH, R. NELSON, T.S. OSWALD, MR. L. COMER, T.I. BENNETT, R. HENDRICKS, J. CODDY, J. HEAETER, D. FARRIER, M. STUMP, G. TAIT, J.D. SHAN, I. VIHLIDAL, B. JIN, M. PARK, P. DASCANI, M. COMER, E. MAITES, ELON MWAUKA, P. DENNISON. CONTINUOUSLY DECLARED, AT TIMES FOUR-FIVE TIMES DURING THE COURSE OF A 8-HOURS SHIFT FROM 4-6 DIFFERENT DEFENDANTS ON A DAILY BASIS; THEY WERE PENALIZING ME FOR MY HAVING SUED THEM PERSONALLY; THEIR FELLOW SCI-GREENE DOC STAFF MEMBERS-N-MEDICAL PROFESSIONALS; AND FOR MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, i.e. THE COURT, PA. DOC CENTRAL OFFICE, AND FILING GRIEVANCES CONCERNING THEIR CONTINUOUS RETALIATIONS AGAINST THE DOJ.

7. EACH DEFENDANT, SOME ONCE OR TWICE, OTHERS ROUTINELY ON A DAILY BASIS UNTIL I WAS TRANSFERRED OUT OF SCI-GREENE TAUNTED ME WITH THEIR BRAGGING-N-BOASTING ABOUT HAVING PENALIZED ME, i.e. "SEXUALLY-N-PHYSICALLY ASSAULTED" "SEXUALLY HARASSED" ME, EVEN WHILE I EXHIBITED CLASSIC HEART ATTACK SYMPTOMS; DENIAL OF MEDICAL ~~[redacted]~~ CARE-ACCESS TO COURT-TO OUT GOING MAIL-DC-ADM 804 INMATE GRIEVANCE SYSTEM; COMMANDEERING MY OUTGOING MAIL-REQUEST TO STAFF, TIMELY SUBMITTED GRIEVANCES; RIPPING MY TIMELY FILED GRIEVANCES WHILE STANDING BEFORE ME; DESTRUCTION OF MY PERSONAL PROPERTY; ENTERING MY CELL WHILE I WAS IN THE SHOWERS, AND THE FEW TIMES I WAS ALLOWED OUTDOOR EXERCISE, THEN REMOVE THE INMATE COPY OF ANY AND ALL GRIEVANCES HAVING NOT BEEN ASSIGNED A GRIEVANCE TRACKING NUMBER. KNOWINGLY PRESCRIBE FOOD THEY KNEW WOULD EXACERBATE MY INTESTINAL GRIPE.

8. THESE WERE NOT JUST INDIVIDUALS BLOWING OFF STEAM. EACH SCI-GREENE DOC STAFF MEMBER AND MEDICAL PROFESSIONAL CITED IN THIS LEGAL ACTION FOLLOWED UP THEIR THREATS WITH ACTIONS SEVERAL TIMES OVER

9. I HAVE EXHAUSTED ALL AVAILABLE REMEDIES PURSUANT TO DC-ADM INMATE GRIEVANCE SYSTEM, i.e. NUMEROUS TIMES I REFILED GRIEVANCE THREE-N-FOUR TIMES, BECAUSE THE INITIAL GRIEVANCE, ALTHOUGH TIMELY FILED WAS NOT RESPONDED TO, WHICH MEANS MY TIMELY FILED GRIEVANCES WERE NEVER ASSIGNED A GRIEVANCE TRACKING NUMBER

10. I EVEN FILED MORE THAN FOUR GRIEVANCES CONCERNING MY TIMELY FILED GRIEVANCES NOT BEING RESPONDED TO; WHAT FOLLOWED WAS I DIDNT RECEIVE A RESPONSE TO EITHER THOSE TIMELY FILED GRIEVANCE, TOO.

11. MORE THAN ONCE I SUBMITTED REQUEST TO THE GRIEVANCE COORDINATOR, TO NO AVAIL; AND DURING MORE THAN ONE CONFIDENTIAL INTERVIEW I INQIRED AS TO WHY MY TIMELY SUBMITTED WERE NOT BEING RESPONDED, AND SHE, THE GRIVANCE COORDINATOR WAS NOT ASSIGNING MY TIMELY SUBMITTED GRIEVANCE, A GRIEVANCE TRACKING NUMBER LIKE SHE ALWAYS DO WITH THE GRIEVANCES FILED BY THE OTHER RHU INMATES; WHAT WAS HER RATIONALE FOR NOT SENDING MY MONTHLY INDIGENT PACKAGE

12. EACH TIME THE GRIEVANCE COORDINATOR, MS. T. SHAWLEY TOLD ME SHE WAS FULLY AWARE OF MY LITANY OF GRIEVANCES, SHE WAS NOT RETURNING TO ME INMATE COPY OF MY TIMELY FILED GRIEVANCES, WAS NOT ASSIGNING A GRIEVANCE TRACKING NUMBER TO ANY OF THOSE GRIEVANCES, OR APPEALS; AND I WOULDN'T GET MY INDIGENT PACKAGE; BECAUSE THIS WAS HER WAY OF PENALIZING ME FOR MY SUING HER, AND SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS; AND MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES

13. MORE THAN A DOZEN TIMES CPT. S. P. DURCO, THE RHU COMMANDER, CAME TO MY CELL WITHOUT MY HAVING REQUESTED TO SPEAK TO HIM; WHILE HOLDING SEVERAL OF MY OUTGOING TIMELY GRIEVANCES IN HIS HAND, DECLARED TO ME THAT HE WAS GOING TO PENALIZE ME BY DESTROYING THESE TIMELY SUBMITTE GRIEVANCES, THEN RIPPED MY TIMELY FILED GRIEVANCES WHICH HE HELD IN HAND,

INTO SMALL PIECES; BECAUSE I WAS SUING HIM, SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS; AND FOR CONTINUOUS COMMUNICATIONS WITH AUTHORITIES, I NEVER SAW THOSE GRIEVANCES AGAIN. THE OTHER RHU INMATE'S GRIEVANCE WERE UNTOUCHED

14. P.E. BARKEFELT-N-A.J. MORRIS WERE THE RHU LIEUTENANTS, WHO PROVIDED INDIGENT INMATES, CONTINUOUSLY DENIED ME MY INDIGENT PACKAGE TWICE EACH MONTH, WHICH DENIED MY ACCESS TO COURT, WHEREIN I WAS FORCED TO DRAFT MY PLEADING IN TINY PRINT, TWO LINES INSIDE OF ONE SPACE, WHICH HINDERED, STYMIED-N-DENIED, AND PREVENTED ME FROM SUBMITTING A COMPLAINT IN COMPLIANCE TO FRCP 8

15. A.J. MORRIS, THE RHU LIEUTENANT, PROCURED THE PROCESS OF OUTGOING GRIEVANCES OF RHU INMATES. MORE THAN A FEW TIMES A.J. MORRIS CAME TO MY CELL HOLDING SEVERAL OF MY TIMELY FILED GRIEVANCES IN HAND, DECLARED HE WAS PENALIZING ME FOR SUING HIM, SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS, AND FOR MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES; THEN LT. MORRIS RIPPED MY TIMELY FILED GRIEVANCE INTO SMALL PIECES, AND PLACED THEM INTO A TRASH BARREL

16. I DID EVERYTHING WITHIN REASON TO EXHAUST ALL AVAILABLE REMEDIES PURSUANT TO THE DC-ADM 804, INMATE GRIEVANCE SYSTEM; SCI-GREENE DOC STAFF CONSISTENTLY-N-CONTINUOUS DENIED ME ACCESS TO THE GRIEVANCE BY SELECTIVELY DESTROYING-N-COMMANDEERING MY TIMELY FILED GRIEVANCES. THEREFORE, IF A VIOLATION WAS NOT ADDRESSED WITH THE GRIEVANCES LOCATED AMONG THE APPENDAGE, IT IS BECAUSE I WAS NOT ALLOWED TO FILE A GRIEVANCE, EVEN THOUGH I ATTEMPTED TO DO SO THREE-FIVE TIMES. PLUS I WAS DENIED FOOD-N-AT TIME ALSO WATER FOR MY FILING-N-REFILING GRIEVANCES.

17. C. WILLIAMS, THE RHU LIEUTENANT ON 2-10 SHIFT CAME TO MY CELL, UNREQUESTED VISIT TO MY CELL DECLARED THAT HE WAS GOING TO GIVE G-BLOCK STAFF DIRECT ORDERS TO DENY ME MY WEEKLY RELIGIOUS-N-LEGAL PROPERT ASSESSMENT; AS HIS WAY TO PENALIZE ME FOR MY HAVING SUED SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS, AND FOR MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES

18. ON MORE THAN ONE OCCASION, LT. C. WILLIAMS DENIED MY WEEKLY RELIGIOUS-N-LEGAL PROPERTY ASSESSMENT, WHERE HE HAD RHU STAFF PLACE ME

AMENDED COMPLAINT, APPENDAGE    (4)    2:15-CV-1031

INSIDE G-BLOCK CONFERENCE ROOM WHERE Lt. WILLIAM IN A CONFIDENTIAL INTERVIEW HE TOLD ME THAT HE WAS DENYING MY WEEKLY RELIGIOUS-N-LEGAL PROPERTY ASSESSMENT, AS HIS WAY OF PENALIZING ME FOR SUING SCI-GREENE DOC STAFF AND MEDICAL PROFESSIONALS, AND MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES THEN HAD ME RETURNED TO MY CELL. I DID NOT RECEIVE MY WEEKLY ASSESSMENT.

19. MY BUTT WAS THE OBJECT OF SEXUAL DESIRE FOR B. FARRIER, M. STUMP, J.D. SUHAN, R. NELSON, T.S. OSWALD, B. JIN, P. DASCANI, - J.M. SMITH, WHO WERE FIXATED WITH ME, REFERRING TO ME AS SWEETHEART, CHOCOLATE CAKES, HONEY, etc. AND FEMALE TERMS, e.g. BABY, HONEY BUNCH, DOLL.

20. FOR APPROXIMATELY 120 DAYS OFFICER P. DENNISON, EACH DAY HE WORKED, DEFILED MY BREAKFAST-N-NOON MEALS, MAKING IT INEVITABLE THAT I EXPERIENCE EXCRUCIATING PAINFUL STOMACH-N-INTESTINAL GRIPE IN THE EXTREME

21. EVERY 90 DAYS R. GILMORE WOULD HAVE HAVE RHU STAFF REMOVE ME FROM MY CELL, PLACE ME IN B-BLOCK CONFERENCE ROOM, MORE THAN ONCE I WAS SO WEAK STAFF MEMBERS HAD TO HELP ME AS I WALKED; DURING THE CONFIDENTIAL INTERVIEW I WAS ONLY ABLE TO SPEAK WHILE ON ONE KNEE. EACH TIME I MADE DEFENDANT, GILMORE AWARE OF MY URGENT NEED FOR MEDICAL CARE; "SEXUAL-N-PHYSICAL ASSAULTS", "SEXUAL HARASSMENT", DENIAL OF ACCESS TO THE GRIEVANCE SYSTEM-OUTGOING MAIL-RELIGIOUS PRACTICE-N-COURT; AND MY BEING TARGETED; AS WELL AS ALL OTHER ISSUES RAISED IN THIS LEGAL ACTION

22. SAME INTERVIEWS. DEFENDANT, GILMORE RESPONDED CONSISTENTLY ALL SCI-GREENE EMPLOYEES ARE LIKEN TO HIS ▓▓▓▓ FAMILY, AND BEING THE WARDEN HE IS OBLIGATED AS THEIR FATHER TO PROTECT HIS FAMILY; TO PROTECT ALL SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS FROM MY ATTACKS THROUGH LEGAL ACTIONS. THEREFORE HE WAS NOT PUT A STOP TO ANYTHING THEY WERE DOING TO ME, THIS WAS HIS WAY OF PENALIZING ME FOR SUING HIM, SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS, AND FOR MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES.

23. SEVERAL TIMES OVER DEFENDANTS, R. GILMORE, T. SHAWLEY; S.P. DURCO, P.E. BARKEFELT, A.J. MORRIS, C. WILLIAMS, J.M. SMITH, G. CRABLE; ▓▓▓▓▓▓▓▓

B. JIN, M. PARK, P. DASCANI, I. VIHLIDAL, REPEATED ALMOST WORD FOR WORD PROFESSED DURING SEPARATE-N-CONFIDENTIAL INTERVIEWS; THAT THEY PERSONALLY HAD GIVEN DIRECT ORDERS TO ALL SCI-GREENE EMPLOYEES UNDER THEIR COMMAND TO DENY ME MEDICAL CARE-ACCESS TO COURT-WEEKLY RELIGIOUS-N-LEGAL PROPERTY ASSESSMENT-OUTGOING-N-INCOMING LEGAL MAIL-REQUEST TO STAFF--GRIEVANCE RESPONSES, APPEALS-INDIGENT PACKAGE; AND CONTINUE TO PUT THEIR FOOT IN MY ASS TO PENALIZE ME FOR SUING EACH ONE PERSONALLY, SCI-GREENE DOC STAFF AND MEDICAL PROFESSIONALS; AND FOR MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES.

24. DEFENDANTS, R. NELSON, T.S. OSWALD, L. COMER, T.I. BENNETT, R. HENDRICKS, J. CODDY, J. HEGETER, D. FARRIER, M. STUMP, G. TAIT, J.D. SUHAN, P. DENNISON, M. COMER, E. MATTES, E. MWAURA, CONSISTENTLY-N-CONTINUOUSLY DECLARED TO ME, OFTEN THREE-FIVE TIMES DURING A 8-HOURS SHIFT; THAT THEY WERE PERSONALLY GIVEN DIRECT ORDER BY THEIR COMMANDING OFFICER (THEY SAID TO ME CONFIDENTIALLY) TO DENY ME MEDICAL CARE-ACCESS TO COURT-WEEKLY RELIGIOUS-N-LEGAL PROPETY ASSESSMENT-OUTGOING-N-INCOMING LEGAL MAIL-REQUEST TO STAFF-GRIEVANCE-GRIEVANCE RESPONES-APPEAL-INDIGENT PACKAGE; AND CONTINUE TO PUT THEIR FOOT IN MY ASS TO PENALIZE ME FOR SUING THEM PERSONALLY, SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS, AND FOR MY CONTINUOUS COMMUNICATIONS WITH AUTHORITIES

25. DEFENDANTS, B. JIN, M. PARK, M. COMER, E. MATTES, E. MWAURA, P. DASCANI; DENIED ME MEDICAL CARE, WHILE I EXPERIENCED CLASSIC HEART ATTACK SYMPTOMS, ALL WALKED AWAY, AS A RESULT MY HEALTH HAS VASTLY WORSEN TO WHEREBY MEDICINE, DIET OR SURGERY-N-THERAPY MAY NOT CORRECT. THEIR DENIAL OF MEDICAL CARE COULD OF EASILY ENDED IN MY DEATH

26. I HAVE DEMENTIA, EVEN THOUGH I HAVE FILED MORE THAN THREE LAWSUITS ALREADY THEY HAVE FAILED DUE TO MY LACK OF LEGAL SKILLS, I HAVE SUFFERED FROM HIDEOUS, RACIALLY MOTIVATE SAVAGE RETALIATORY ACTS, AND ONCE AGAIN MORE-N-MORE IT SEEMS THOSE WHOM PSYCHOLOGICALLY-N-PHYSICALLY DAMAGED MY LIFE WILL NOT BE HELD RESPONSIBLE DUE TO MY LACK OF EDUCATION, MENTAL HEALTH-N-LACK OF LEGAL SKILLS..   I AM A INDIGENT INMATE, BOTH PARENTS NOW DECEASED, I AM POOR, THEREFORE I AM UNABLE TO HIRE AN ATTORNEY

27. TO DATE! MY HEALTH IS RAPIDLY FAILING, STILL NEAR BLIND IN RIGHT EYE, SO WEAK THAT WALKING IS A STRUGGLE, WITHOUT THE HELP OF THIS COURT I WILL DIE BROKE, BLIND, HUNGRY, FULL BLOWN DEMENTIA DUE TO COUNTLESS SEXUAL-N-PHYSICAL ASSAULTS AND SEXUAL HARASSMENT CARRIED OUT BY SCI-GREENE DOC STAFF-N-MEDICAL PROFESSIONALS

28. I WAS CONSISTENTLY SINGLED OUT BY SCI-GREENE DOC STAFF AND MEDICAL PROFESSIONS, FOR MOCKERY, VICIOUS ACTS OF BARBARIC SEXUAL-N-PHYSICAL ABUSES, SEXUAL HARASSMENT, AND DENIAL OF BASIC HUMAN NEEDS, RELIGIOUS PRACTICE

29. PURSUANT TO POLK COUNTY V. DOBSON, 454 U.S. 322, 325 (1981) (PERSONAL KNOWLEDGE) DIRECTION, AND ACQUIESCE); PARRATT V. TAYLOR, 451 U.S. 527, 537, N.3 (1981); EVANCHO V. FISHER, 423 F.3d 347, 353 (3rd CIR 2005) (PERSONAL INVOLVEMENT); PAYTON V. VAUGHN, 798 F. SUPP 258, 260 (3rd CIR 1992) (ACTUAL KNOWLEDGE-N-ACQUIESENCE); RODE V. DELLACIPRETE 845 F.2d 1195, 1207 (3rd CIR 1988), EACH DEFENDANT WERE PERSONALLY INVOLVED

30. TO THE BEST OF MY KNOWLEDGE-N-KNOW HOW ERIKSON V. PARDUS, 557 U.S. 89, 94, 127 S.CT. 2197 (2007); PALADINO V. NEWSOME, 2012 U.S. DIST. LEXIS 11748 * 3 (D.N.M 2012); UNITED STATES V. DAY, 969 F.2d 39, 42 (3rd CIR 1992) (ACCEPTED AS TRUE ALL OF THE ALLEGATIONS [THE PLEADINGS)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT EXECUTED A SCI-SOMERSET ON

"RESPECTFULLY SUBMITTED"

DATE: 7.31.16

S/ Henry Unseld Washington

HENRY UNSELD WASHINGTON

AM 3086

PRO SE

AMENDED COMPLAINT, APPENDAGE   (7)   2:15-CV-1031