2015

# Final Appeal Decision
## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| Inmate Name: | Henry Washington | Inmate Number: | AM3086 |
|---|---|---|---|
| SCI Filed at: | Greene | Current SCI: | Somerset |
| Grievance #: | 567189 | | |

| Decision: | ☒ Uphold Response (UR) HC<br>☐ Uphold Inmate (UI)<br>☐ Uphold in part/Deny in part |
|---|---|

*It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.*

| Response: | | Frivolous | |
|---|---|---|---|

Your concern of not being provided proper medical care for Whipples Disease was reviewed by the staff of the Bureau of Health Care Services. They reviewed the medical record and determined that the medical care provided was reasonable and appropriate. The findings of the review concurs with the initial review response. These clinical decisions are made by your attending practitioner. You are encouraged to participate in your treatment plan and to discuss your concerns or changes of condition with a practitioner. No evidence of neglect or deliberate indifference has been found. Therefore, your grievance appeal to this office is denied as well as your requested relief.

| Signature: | Dorina Varner *[signature]* |
|---|---|
| Title: | Chief Grievance Officer |
| Date: | 9/8/2015 |

DLV/amw

cc: DC-15/Superintendent Wingard
Superintendent Gilmore
Grievance Office



APPEND #3

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 2 – Appeals*    (10)    Attachment 2-F

AMENDED COMPLAINT, APPENDAGE    2:15-CV-1031