9-15-
9-1-15

2015

# Final Appeal Decision
## Secretary's Office of Inmate Grievances & Appeals
Pennsylvania Department of Corrections
1920 Technology Parkway
Mechanicsburg, PA 17050

This serves to acknowledge receipt of your appeal to the Secretary's Office of Inmate Grievances and Appeals for the grievance noted below. In accordance with the provisions of DC-ADM 804, "Inmate Grievance System Policy", the following response is being provided based on a review of the entire record of this grievance. The review included your initial grievance, the Grievance Officer's response, your appeal to the Facility Manager, the Facility Manager's response, the issues you raised to final review, and (when applicable) any revised institutional responses required as a result of a subsequent remand action by this office. As necessary, input from appropriate Central Office Bureaus (e.g., Health Care Services, Chief Counsel, Office of Special Investigations and Intelligence, etc) may have been solicited in making a determination in response to your issue as well.

| Inmate Name: | Henry Washington | Inmate Number: | AM3086 |
|---|---|---|---|
| SCI Filed at: | Greene | Current SCI: | Somerset |
| Grievance #: | 562765 | | |

| Decision: | ☒ Uphold Response (UR)<br>☐ Uphold Inmate (UI)<br>☐ Uphold in part/Deny in part |
|---|---|

It is the decision of the Secretary's Office of Inmate Grievances and Appeals to uphold the initial response, uphold the inmate, or Uphold in part/Deny in part. This response will include a brief rationale, summarizing the conclusion, any action taken to resolve the issue(s) raised in the grievance and your appeal and relief sought.

| Response: | Frivolous |
|---|---|

You state that on or near 4/19/2015 you were denied the dictates of court order Washington v. Klem which mandates that you are to be provided 60 minutes religious and legal assessment of your religious and legal property every week. Your concerns have been reviewed.

Review of the record finds that the responses provided to you adequately address your concerns. This office was in contact with staff at SCI Greene and it was verified that despite your claims, you did receive your property exchange on 4/19/2015. Records reflect that you are also being given the correct amount of time to complete your property exchanges. Therefore, your grievance appeal to this office is denied as well as your requested relief.

| Signature: | Dorina Varner |
|---|---|
| Title: | Chief Grievance Officer |
| Date: | 8/26/2015 |

DLV/KLM

cc:   DC-15/Superintendent Wingard
      Superintendent Gilmore
      Grievance Office

*DC-ADM 804, Inmate Grievance System Procedures Manual*
*Section 2 – Appeals*                                    Attachment 2-F

APPEND #4
AMENDED COMPLAINT, APPENDAGE



2:15-CV-1031