IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY UNSELD WASHINGTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 15-1031 |
| | : Magistrate Judge Lenihan |
| ROBERT D. GILMORE, et al, | : *Electronically Filed* |
| | : **JURY TRIAL DEMANDED** |
| Defendants. | : |

## PARTIAL MOTION FOR SUMMARY JUDGMENT

AND NOW come DOC defendants Oswald, Smith, Farrier, Stump and Vihlidal, by their attorney, Mary Lynch Friedline, Senior Deputy Attorney General, and in support of their Partial Motion for Summary Judgment, state the following:

1. In this case, plaintiff sues various DOC employees alleging violation of his Eighth Amendment rights from August 2013 through July 2015 while he was housed at SCI-Greene.

2. For the reasons stated in defendants' supporting brief, concise statement and appendix of exhibits, judgment should be entered in favor of Ms. Vihlidal and against plaintiff.

WHEREFORE, Defendants submit that judgment should be entered in favor of Defendant Vihlidal and against Plaintiff.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By: <u>/s/ Mary Lynch Friedline</u>
MARY LYNCH FRIEDLINE
Senior Deputy Attorney General
PA ID. #47046

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

July 13, 2018

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2018, I electronically filed the foregoing DOC Defendants' Partial **Motion for Summary Judgment** with the Clerk of Court using the CM/ECF system.  This document will be mailed via U.S. mail to the following non CM/ECF participants:

**HENRY UNSELD WASHINGTON**
AM-3086
S.C.I. Somerset
1600 Walters Mill Rd
Somerset, PA 15510

                                            By:    /s/  Mary Lynch Friedline
                                                         MARY LYNCH FRIEDLINE
                                                         Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222