**DO NOT DESTROY**

DATE: 6-13-2023

TIME: 3:59 pm

### NOTE FROM JURY

Can we see the 2018 deposition that Washington gave? If not the whole deposition, at least the part that was read in the trial around being asked about bleeding

#5 [signature]
Juror

### ANSWER FROM JUDGE

You must rely on what you learned in the courtroom alone.

[signature]
Judge

4:16 pm