**DO NOT DESTROY**

DATE: 6-13-2023

TIME: 4:00 pm

## NOTE FROM JURY

What is a tether? Can we get a picture or a better description?

#5 *[signature]*
Juror

## ANSWER FROM JUDGE

You must rely on what you learned in the courtroom alone.

*[signature]* Cathy Bissoon
Judge

4:16 pm