IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HENRY UNSELD WASHINGTON, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 15-1031 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | |
| J.M. SMITH, T.S. OSWALD, ) | |
| D. FARRIER and M. STUMP, ) | |
| ) | |
| Defendants. ) | |

## VERDICT SLIP

**Eighth Amendment-Sexual Abuse (August 1, 2013) against Defendant Oswald**

1. Do you find by a preponderance of evidence that, on August 1, 2013, Defendant Oswald sexually abused Mr. Washington, in violation of his Eighth Amendment rights?

    (Check the appropriate box)

    √ Yes          _____ No

**If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, you have completed this section and should proceed to Question 6.**

2. Do you find by a preponderance of evidence that Mr. Washington suffered actual injury based on the actions of Defendant Oswald on August 1, 2013?

    (Check the appropriate box)

    √ Yes          _____ No

**If you answered "Yes" to Question 2, proceed only to <u>Question 3a</u>. If you answered "No" to Question 2, proceed only to <u>Question 3b</u>.**

     3a. Please state the amount that will fairly compensate Mr. Washington for any physical injury or emotional pain and mental anguish that he sustained as a result of the actions of Defendant Oswald on August 1, 2013:

$ _20,000.00_

**After answering Question 3a proceed to <u>Question 4</u>.**

     3b. Because you answered "no" to Question 2 above, Mr. Washington is awarded nominal damages in the amount of $1.00.

**After reviewing Question 3b proceed to <u>Question 4</u>.**

     4.    Do you find by a preponderance of evidence that, on August 1, 2013, Defendant Oswald acted maliciously or wantonly in violating Mr. Washington's Eighth Amendment rights?

     (Check only one box)

     Yes __✓__     No _____

**If you answered "Yes" to any part of Question 4, proceed to <u>Question 5</u>.  If you answered "No" to all of Question 4, proceed to <u>Question 6</u>.**

5.  What amount of punitive damages, if any, do you award to Mr. Washington, based on the events on August 1, 2013?

(Do not leave the space "blank."  Enter a dollar amount, or "0.")

$ 25,000.00

**Proceed to <u>Question 6</u>.**

<u>**Eighth Amendment-Sexual Abuse (April 2, 2015) against Defendant Oswald**</u>

6.  Do you find by a preponderance of evidence that, on April 2, 2015, Defendant Oswald sexually abused Mr. Washington, in violation of his Eighth Amendment rights?

(Check the appropriate box)

__✓__ Yes        _____ No

**If you answered "Yes" to Question 6, proceed to <u>Question 7</u>.  If you answered "No" to Question 6, you are finished with the Verdict Slip and should now sign and date it at the end.**

7.  Do you find by a preponderance of evidence that Mr. Washington suffered actual injury based on the actions of Defendant Oswald on April 2, 2015?

(Check the appropriate box)

__✓__ Yes        _____ No

**If you answered "Yes" to Question 7, proceed only to <u>Question 8a</u>. If you answered "No" to Question 7, proceed only to <u>Question 8b</u>.**

8a.  Please state the amount that will fairly compensate Mr. Washington for any physical injury or emotional pain and mental anguish that he sustained as a result of Defendant Oswald's conduct on April 2, 2015:

$ __20,000.00__

**After answering Question 8a proceed to <u>Question 9</u>.**

8b.  Because you answered "no" to Question 7 above, Mr. Washington is awarded nominal damages in the amount of $1.00.

**After reviewing Question 8b proceed to <u>Question 9</u>.**

9.  Do you find by a preponderance of evidence that, on April 2, 2015, Defendant Oswald acted maliciously or wantonly in violating Mr. Washington's Eighth Amendment rights?

(Check the appropriate box)

___✓___ Yes          _____ No

**If you answered "Yes" to Question 9, proceed to <u>Question 10</u>. If you answered "No" to Question 9, you are finished with the Verdict Slip and should now sign and date it at the end.**

    10.    What amount of punitive damages, if any, do you award to Mr. Washington as a result of Defendant Oswald's conduct on April 2, 2015?

    (Do not leave the space "blank." Enter a dollar amount, or "0.")

$ 200,000.00

*Your deliberations are complete. Please sign and date the Verdict Form and notify the Court that you have reached a verdict.*

1. _J. M. Walsh_    6-14-2023
(Jury Foreperson's signature)    Date

2. _Janine M. Strauss_    6. _[signature]_

3. _[signature]_    7. _Tricia Frances_

4. _Nathan R. Butch_    8. _[signature]_

5. _Marlene Prager_