IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY UNSELD WASHINGTON ) No. 2:15-cv-1031
PLAINTIFF )
v. ) NOTICE OF APPEAL
ROBERT D. GILMORE, Defendants et al )

1. I, HENRY UNSELD WASHINGTON, AM THE PLAINTIFF IN THE ABOVE CAPTION.

2. PLAINTIFF MOVES THIS COURT WITH PLAINTIFF NOTICE OF APPEAL OF SUMMARY JUDGMENT OF 3.1.19; AND JURY TRIAL OF 6.14.23 (ONLY CONCERNING DEFENDANTS J.M. SMITH, M. STUMP, AND D. FARRIER; LEAVING THE JURY VERDICT OF T.S. OSWALD TO REMAIN INTACT)

3. N.B. PER DISTRICT COURT RULING OF 2016 OR 2017; AND THIRD CIRCUIT RULING IN 17-3151; PLAINTIFF MUST WAIT UNTIL THE ENTIRE LEGAL CLAIM WAS FINALIZED BEFORE PLAINTIFF COULD FILE AN APPEAL, ANYTHING PRIOR TO THAT THE THIRD CIRCUIT COURT OF APPEALS DOES NOT HAVE JURISDICTION TO SETTLE A DISPUTE.

4. THIS LAWSUIT IS RIPE FOR APPEAL, AS OF 6.29.23

5. IN LIGHT OF THE FOREGOING PLAINTIFF NOTICE OF APPEAL SHOULD BE ACCEPTED

"RESPECTFULLY SUBMITTED"

DATED: 7.7.23

s/ Henry Unseld Washington
HENRY UNSELD WASHINGTON
AM-3086
PRO SE

FILED
JUL 17 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

MOTION FOR APPEAL