UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 23-2277
_____

HENRY UNSELD WASHINGTON,
                          Appellant

v.

ROBERT GILMORE, Warden; TRACY SHAWLEY, Warden's Assistant;
S.P. DURCO, RHU Commander; P.E. BARKEFELT, RHU Lieutenant;
A.J. MORRIS, Lieutenant; C. WILLIAMS, Lieutenant; G. CRABLE, Sergeant; J.M. SMITH, Sergeant; ROBERT NELSON, Corrections Officer; T.S. OSWALD, Corrections Officer; L. COMER, Corrections Officer; T.I. BENNETT, Property Officer/Corrections Officer; R. HENDRICKS, Corrections Officer; J. CODDY, Corrections Officer; J. HEGETER, Corrections Officer; D. FARRIER, Corrections Officer; M. STUMP, Corrections Officer; G. TAIT; J.D. SUHAN, Corrections Officer; IRMA VIHLIDAL, Health Care Administrator; B. JIN, Medical Director; M. PARK; Doctor; P. DASCANI, Doctor; M. COMER, P.A.; E. MATTES, P.A.; E. MWUARA, P.A.; P. DENNISON, Corrections Officer

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(W.D. Pa. No. 2:15-cv-01031)
District Judge: David S. Cercone

_____

Submitted Under Third Circuit L.A.R. 34.1(a)
September 26, 2024

Before: KRAUSE, BIBAS, and AMBRO, *Circuit Judges*

## JUDGMENT

This cause came on to be heard on the record before the United States District Court for the Western District of Pennsylvania and was submitted under Third Circuit L.A.R. 34.1(a) on September 26, 2024.

On consideration whereof, it is hereby **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered March 19, 2019, be and the same is hereby affirmed.

Costs are not taxed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: January 27, 2025